**Nathan R. PEAVY, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2007–7092.**

United States Court of Appeals, Federal Circuit.

June 28, 2007.

*ORDER*

Upon consideration of Nathan R. Peavy's unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.

**Virgil G. LAWTON, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2007–7094.**

United States Court of Appeals, Federal Circuit.

June 28, 2007.

*ORDER*

Upon consideration of Virgil G. Lawton's unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.